1  Richard B. Jennings PRO SE
2  5077 Parkhurst Dr
   Santa Rosa CA 95409
3  415-305-9041
4  Richard.Jennings@yahoo.com



FILED

DEC 14 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5              UNITED STATES DISTRICT COURT
6
7          NORTHERN DISTRICT COURT OF CALIFORNIA
8                 SAN FRANCISCO DIVISION
9
   RICHARD B. JENNINGS,              Case No.:
10
          Plaintiff,          CV 20    80221 MISC
11
12 v.
                              PRIVACY INVASION
13 DEPARTMENT OF JUSTICE      UTILIZING
                              TARGETED HARRASSMENT
14 UNITED STATES OF AMERICA,
15
          Defendant
16
17
18 Notice is hereby given that Richard B. Jennings, Plaintiff, Pro Se v.
19 Department of Justice United States of America, Defendant, as named
20 above, submits this request for Injunction, through Complaint and Prayer
21 to the Northern District Court, San Francisco California. [Civ L.R. 3-2(d),
22 3-9(a)] The District courts shall have original jurisdiction of all civil actions
23 arising under the Constitution, laws or treaties of the United States.
24 [28USC§1331] The Defendant,  Department of  Justice United States of
25
26
27
28
   PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 1

America, hereafter referred to as DOJ USA, will be notified and served through the Northern District Court, San Francisco. [28USC§1391, 1402 FRCP 65] This request for a preliminary and then permanent Injunction is made on the 11th day of December 2020, pursuant to [Civ L.R. 65-2, FRCP 8A]. A request for Injunctive relief and judgment as mentioned is hereby filed with the Northern District Court of California clerk. The Plaintiff Richard B Jennings lives in the Northern District of California and is bringing suit to a Federal agency for acts committed in an official capacity. Plaintiff, Richard B. Jennings, hereafter referred to as just Plaintiff, would argue that this request involves an exceptional case in which normal time requirements hinder and normal procedure is made impracticable. [28USC§1657, FRCP 65] The Plaintiff submits that the actions of DOJ USA have had significant effects in California and therefore the Federal Courts have personal jurisdiction over this case. The amount in controversy, over $75,000.00, still to be exactly determined, gives this court Subject Matter Jurisdiction. The Plaintiff requests any immunity for Defendant be waived.

I

The Plaintiff would welcome preliminary Injunctive relief pending full consideration of this request for a permanent Injunction, to avoid irreparable harm. Plaintiff requests provision as stated in [Civ L.R. 7-2(c)]. Good cause

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 2

is being demonstrated through the submission of police reports, letters, emails and telephone calls, submitted as {Exhibit A}. The Plaintiff has made numerous attempts to contact the Department of Justice both in his present state of residence, California, and in Washington DC. The Plaintiff has also written, mailed, faxed, called and emailed various agencies, and government officials.  Copies of  letters, and emails are submitted as {Exhibit B}. The Plaintiff's present situation warrants an Injunction because of the negative influence created by the inability of DOJ USA to end the intrusion into the private life of Richard B. Jennings. Plaintiff has had to report incidences of targeted harassment to the proper agencies and the news media. {Exhibit C} The Plaintiff states that his family and friends are in jeopardy because of the nature of harassment being put upon the Plaintiff.

II

The communication involved in the targeted harassment and privacy invasion can be thought of or heard as being in the "Middle". Threats, sometimes malicious in nature, and private information is communicated in the "Middle". The Plaintiff Richard B. Jennings' right to privacy and to be free from targeted harassment, his Constitutional rights, are being grossly violated. Without proper relief, serious or irreparable consequences will result. The Plaintiff maintains that the right to privacy without harassment is

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

a fundamental, natural and personal right  protected under the  Constitution of the United States. [Bill of Rights]. The Plaintiff requests a hearing and jury trial on the merits of this case. [28USC, 42 USC§1983 FRCP 38(b), 65] An Injunction and final judgment would provide the means for Richard B. Jennings to be free from the Middle and help ensure that his family and friends not suffer any undue danger and or loss of reputation in the manner of the Plaintiff.

III

The Plaintiff Richard B Jennings files under the (Federal Torts Claim Act), waiving Defendant's immunity from intentional tort. Plaintiff establishes he has exhausted all administrative remedies {EXHIBIT B} and has no recourse except to request immediate Injunctive relief, and requests Prayer be awarded him. The Plaintiff requests that this court:

1. Issue a Preliminary and then Permanent Injunction enjoining and restraining Department of Justice, United States of America, its officers, managers, agents, employees, associates and all those in active concert or participation with them from the continued and further invasion of privacy and targeted harassment of the Plaintiff Richard B. Jennings.

2. Order DOJ USA to cease and desist the privacy invasion and targeted

harassment of Plaintiff in all 50 states of the United States of America and in other countries, including overseas.

3. Award damages and any other relief the Court may deem just and proper.

IV

The Plaintiff maintains that his right of privacy includes his right to be left alone, to be free from unwarranted publicity and to live without unwarranted interference by the DOJ USA. Interference into the Plaintiff's life has had consequences; Richard B. Jennings was employed by the US Government Department of Defense serving in the United States Air Force in Arizona in 1995 under President Clinton when the privacy invasion and targeted harassment first occurred. This deliberate and wrongful act, believed by the Plaintiff as sanctioned by the DOJ USA, caused his discharge from the U.S. Air Force, leading to his filing for bankruptcy in 2001, and made him homeless several times. The Plaintiff suffered and was involuntarily admitted into mental institutions, evicted from home, and incarcered 2 times in 2005. The Plaintiff eventually brought suit on October 02 2006 case no. 06-06159 On doing so, the Federal Bureau of Investigations would admit no wrongdoing by the government, and the Plaintiff then appealed to the Ninth Circuit Appellant Court, case no. 06-16916 and finally appealed to the

Supreme Court of the United States of America on November 15 2006. Certiorari 06-7879 was denied on Jan 06 2007. The Ninth Circuit court of Appeals case no. 06-16916 filed on October 16 2006 was not dismissed until August 21 2007. The privacy invasion and targeted harassment continued however, so Plaintiff Richard B Jennings challenged the Courts again, but suits were dismissed. The Plaintiff Richard B. Jennings' reputation was destroyed. From 2010 thru 2020 the Plaintiff Richard B Jennings experienced sporadic targeted harassment. In August of 2020 the Plaintiff was again experiencing full outright targeted harassment and privacy invasion. The Plaintiff has always maintained that he was in the Middle of an FBI investigation which was investigating illegal activities and harassment sanctioned by the Department of Justice United States of America.

V

The Plaintiff contends that the Defendant, DOJ USA had every opportunity to take control of the Plaintiff's situation and thereby end the Plaintiff's targeted harassment and privacy invasion. The Plaintiff has exhausted all administrative options trying to get the Defendant DOJ USA to notice and end their sanctioned harassment. The Plaintiff is in a dangerous position as the harassment posed by the DOJ USA and\or its officers, managers, agents,

employees and associates continues at present. The danger has occurred, still can and does occur, at his home in Santa Rosa in Sonoma County, Marin County, San Francisco County, Monterey County, Sacramento, Santa Barbara, San Diego and Los Angeles, and in California at large. It has occurred in Reno Nevada, Salt Lake City Utah, Phoenix Arizona, Washington DC, and New York city and other cities not mentioned. Also it has occurred in the countries of Canada, England, Germany, Spain, Switzerland and other European countries not mentioned. The Plaintiff was fleeing the U. S. and was seeking shelter in other countries. These actions go way beyond the reasonable expectation of privacy which the Plaintiff needs as a citizen of the United States. The DOJ USA ignored their duty to act, and Plaintiff left the country to no avail.

VI

The Plaintiff maintains he is enduring a credible threat of violence and a willful course of misconduct is directed at him that seriously alarms, annoys and harasses him. The Defendant DOJ USA is the responsible agency for having him under surveillance and monitored and makes it difficult for him to get fair treatment from people and receive good services needed by the Plaintiff. People are incited and told about his whereabouts, as heard in the

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 7

1

2

3

4

5   "Middle". This can occur while at his mother's house in Sonoma, while on

6   public transportation, when visiting stores, hotels, libraries or simply visiting

7   a place as a tourist. People then have the Plaintiff Richard B. Jennings at an

8   unfair advantage through foreknowledge of his doings and whereabouts. The

9   DOJ USA is the responsible organization to make sure this does not happen

10  and should not be allowed to omit it from their  responsibilities. The Plaintiff

11  states that his privacy is invaded by unreasonable intrusion and

12  unreasonable publicity is given to his private life through use of the "Middle"

13  with specific intent to exploit. The Plaintiff would state this is  intentional  and

14  is objectionable to a reasonable person and has caused him much anguish

15  and suffering, the basis for this claim,  through the (Restatement of Torts).

16  The Plaintiff would report these intrusions to the Federal Bureau of

17  Investigations and Department of Justice without success. The

18  legitimacy offered behind this conduct, caused by the DOJ USA's lack of

19  responsibility and  care  is  unfounded and unheard of and continues to

20  threaten his peace and the peace around him.

21                                  VII

22

23  The Plaintiff is a person and private citizen of  the State of California living

24  in the United States of America. The Defendant is the Department of

25  Justice United States of America, under and by virtue of  the Constitution

26

27

28

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 8

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

of the United States. [28USC§501] The Federal Constitution provides a realm of personal liberty, a zone of privacy, which the government may not enter and results in a right of personal privacy. (American Jurisprudence, Constitutional Law) This concept of ordered liberty, the right to privacy, (Griswold v Connecticut, 1965) is not honored and this continued threat is the Plaintiff's basis for the Complaint and shows good cause in asking for a permanent Injunction and Prayer in the Northern District Federal Court. [FRCP 8] The Plaintiff requests a preliminary and permanent Injunction and Prayer against the DOJ USA for the violation of his Constitutional right of privacy by virtue of Amendments 1, 4, 5, 9 and 14 within the penumbras of various provisions of the Bill of Rights, which protects citizens from governmental transgressions of certain fundamental rights.

## VIII

The United States Northern District court of California has jurisdiction in this Federal matter. [28USC§1391, §1402] The fore mentioned acts of the Defendant DOJ USA, its officers, managers, agents, employees and associates are despicable conduct within the meaning of the laws of the United States of America and are done with deliberate disregard for the rights of the Plaintiff, for the purpose of exploiting the Plaintiff and for the

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 9

purpose of increasing the Defendant's personal gains and profits at the Plaintiff's expense.

VIII

Acts constituting invasion of privacy must be highly offensive to a reasonable person. The Court recognizes if conduct is to be deemed outrageous, so extreme in degree as to go beyond all possible bounds of decency, it is to be regarded as atrocious and utterly intolerable in a civilized community. The public interest is being ignored, abused and damaged by not honoring the common good, and Plaintiff mentions public safety is at risk. The Plaintiff cites the (Ethics in Government Act of 1978) in response to the lack of responsibility and concern. The Plaintiff submits that the general conduct of the DOJ USA causes wrongful acts to be carried out in a cruel and unusual manner and that any reasonable person would see and decide the same way. (American Jurisprudence, Privacy)

The Defendant DOJ USA's course of conduct has been directed specifically against the Plaintiff and is knowing, willful, not Constitutionally protected and without legitimate purpose.

Prayer

The Plaintiff Richard B. Jennings requests judgment against the

Defendant as follows:

1. General damages according to proof to be determined at trial.

2. Punitive and exemplary damages awarded in an amount to be determined at trial. The Defendant's conduct shows bad faith and a willful and wanton disregard for the life and liberty of the Plaintiff.

3. All other relief that the Court deems equitable under the circumstances.

## Conclusion

The Plaintiff states that a speedy decision, relief and final judgment would be in his best interest and mentions also it is in the public's best interest, so as to resume a normal way of life. The Plaintiff also submits there is a public policy interest in protecting the reputations of citizens. (American Jurisprudence, Privacy) An action for invasion of privacy is a right, privilege covered by [42 USC§1983, FRCP 65]. The (Privacy Act of 1974) which outlines fair information practices, states the privacy of an individual is directly affected by the

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 11

collection, maintenance, use and dissemination of personal information by federal agencies. (The Freedom of Information Act) was created for the purpose of allowing public access to official information unnecessarily shielded from public view. The Defendant DOJ USA knew that Plaintiff's information as collected by the Federal government was not discoverable or was subject to privilege, and then proceeded to obtain private information and disseminate the Plaintiff's private information in the "Middle", regardless of consequences to the Plaintiff. The Plaintiff requests a preliminary and permanent Injunction, enjoining the Defendant and its officers, agents, employees, associates and all those persons in active concert or participation to cease and desist harassment of the Plaintiff and asks the Court to consider the effect of denial of Injunctive relief on public policy and public interests. The Plaintiff Richard B. Jennings needs to secure employment and avoid another bankruptcy and maintain a place to live. The permanent Injunction will help cease the danger of recurrent violation of the Plaintiff's rights. For the foregoing reasons, the Plaintiff Richard B. Jennings respectfully requests that this Court grant his request for preliminary Injunctive relief pending full consideration for a permanent Injunction, pursuant to [FRCP 65] and grant other relief through Prayer.

RICHARD B. JENNINGS PRO SE
DEC 11 2020

PRIVACY INVASION UTILIZINGTARGETED HARRASSMENT - 12



Nov 20 2020

To Police Headquarters SF

I am attaching 2 documents to this email. I write this as a COMPLAINT against the Santa Rosa PD. I did not think it a good idea to send this to the Santa Rosa PD because their complaint sheet does not allow for an extended complaint, and I am not sure they can handle it. I am claiming Targeted Harassment by the Santa Rosa PD. This means that I do not wish to speak to a police person but would rather talk if needed and give information needed to a non-police person.

I am in the Middle and what I mean is the ability to communicate using the Middle. When the police use the Middle it always results in me being harassed specifically and targeted to endure privacy invasions and sometimes threats to my existence. I give the examples of "Poison" for instance and "I don't care", "Prince of Piss", "Surprise", "Flush your Mama" to name a few.

I am asking for an injunction in Federal court because the targeted harassment by the police can happen anywhere in the US and even overseas in other countries. Santa Rosa, "however", is where I reside.

I have already had correspondence with IOLERO, and may follow up with them. Please honor my desire to have correspondence with non active police personnel.

Thank you for your time.

Richard Jennings

415-305-9041


Cc FBI

EXHIBIT A 1 of 16

# APPLICATION FOR RECORD INFORMATION



**POLICE DEPARTMENT**
**965 SONOMA AVENUE**
**SANTA ROSA, CA 95404**
**(707) 543-3600**

| | |
|---|---|
| Report No.: | |
| Reviewed/Accepted by Police Technician: | |
| Date: | |

REPORT #
SR051570087

Personal Information (please print)

Last Name: JENNINGS RICHARD   First Name

160 REMMICK CIRCLE
Street Address

SONOMA   CA   95476
City     State     Zip Code

Phone Numbers:

Daytime: 707 694 7325

Evening: _____

---

## REPORT FEE IS $2.00 / CALLS FOR SERVICE REPORT IS $10.00
## FEES MUST BE COLLECTED AT TIME OF REQUEST

**Report Type:** ( ) Accident  (✓) Crime  ( ) Calls for Service Report ($10)  ( ) Other: _____

Date of Incident: From: 6/6/05 To: 6/6/05     Time of Incident: From: 920AM To: 920AM

Location of Incident: Stony Pt a Sebastopol

Request for Calls for Service: (Exact address) _____

Name of Person Involved (Driver, Passenger, Victim, Property Owner, etc.):

Last: Jennings     First: Richard     Date of Birth: 9/18/64

I declare under the penalty of perjury that I am:  (✓) The individual named  ( ) The individual's Parent
( ) The individual's Attorney  ( ) An Insurance Agent  ( ) Other: _____ representing the party of interest in the report requested.

If "Other", please indicate the reason you believe that you are entitled to this information: _____

July 7 2005                          Richard Jennings
Today's Date                         Signature of Requesting Party

**NOTE: YOUR REQUEST WILL BE PROCESSED WITHIN TEN (10) BUSINESS DAYS. A COPY OF THE REPORT WILL BE MAILED TO YOU OR YOU WILL BE CONTACTED BY MAIL OR PHONE IF FURTHER INFORMATION IS NEEDED TO PROCESS YOUR REQUEST OR IF YOUR REQUEST IS DENIED (Govt. Code Sec. 6256).**

---

## DO NOT WRITE BELOW THIS LINE

( ) Approved  ( ) Denied     By: _____     Date: _____

Comments: _____

---

Reason for Denial:      ( ) Report is by another Agency _____
                        ( ) Report is currently under investigation
                        ( ) Report is excluded from public release
                        ( ) Insufficient information to locate report

2 OF 16

SRPD 203A (6/05)

SAN FRANCISCO CALIF.

TOYOTA TRUCK

## REPORTEE FOLLOW-UP

Case Number: 060 800799

Case numbers are assigned to an investigator based
on facts obtained during the initial investigation.
If you want more information about the above case
number, or if you have additional information that
may assist the investigation, please call the number
checked below between 9 a.m. and 5 p.m.

| | | |
|---|---|---|
| ☐ | Accident Records | 553-1286 |
| ☐ | Auto | 553-1261 |
| ☐ | Burglary | 553-1351 |
| ☐ | Domestic Violence | 553-9225 |
| ☐ | Fraud | 553-1521 |
| ☐ | Fencing | 553-1392 |
| ☑ | General Work | 553-1141 |
| ☐ | Hit and Run | 553-1641 |
| ☐ | Homicide | 553-1145 |
| ☐ | Robbery | 553-1201 |
| ☐ | Sex Crimes | 553-1361 |
| ☐ | Juvenile | 558-5500 |
| ☐ | Missing Person | 558-5508 |
| ☐ | Special Investigations/Hate Crimes | 553-1133 |
| ☐ | Night Investigations | 553-9210 |
| ☐ | Lost and Found | 553-9063 |
| ☐ | Violent Crime Task Force | 553-1401 |

Garcia   1362

Officer's Name and Star No.    SFPD105 (rev.06/03)

3 of 16



SACRAMENTO POLICE DEPARTMENT  06-322166
INFORMATION CARD

6135 _____ OFFICER

BADGE _____ UNIT

### Call the Phone Number Checked Below:

| | | | |
|---|---|---|---|
| Emergency | 911 | Detective Division | 433-0650 |
| Non-Emergency | 264-5471 | Crime Alert | 443-0666 |
| Reporting by Telephone | 264-5808 | Financial Crimes | 433-0542 |
| Request for Reports | 433-0620 | Gangs Hotline | 441-GANG(4264) |
| Internal Affairs | 808-2290 | Narcotics Tip Line | 264-5796 |
| KINNEY-3550 Marysville Bl. | 566-6401 | Vice Tip Line | 264-5369 |
| ROONEY-5303 Franklin Bl. | 277-6001 | Family and Youth Ser. | 433-0573 |
| Parole Impact Team | 264-8264 | Adult Protective Ser. | 874-9377 |
| Property Section | 264-5237 | Child Protective Ser. | 875-5437 |
| Vehicle Printing | 433-0534 | Restraining Orders | 875-3400 |
| Neighborhood Alter. Cntr. | 875-0560 | WEAVE/Rape Crisis | 920-2952 |

SPD 559 (REV 09/05)

4of16



**CARMEL POLICE DEPARTMENT**
P.O. BOX 600
(831) 624-6403
(831) 624-4296

**CC0500463**

Page 1 of 1

| Date / Time of Call 06/17/05 1327 | Nature of Call POSS. MISSING PROP | Location Address NE | LINCOLN & OCEAN, AV | |
|---|---|---|---|---|

Cross Street **LINCOLN**

RP REPORTED SOMEONE MAY HAVE OPENED HIS CARRYING BAG AND RUMMAGED THROUGH HIS PERSONAL BELONGINGS. R/P HAD A TAPE RECORDER IN THE BAG THAT WAS ON DURING THE INCIDENT, HOWEVER THERE IS NO INFORMATION REGARDING THE IDENTITY OF THE PERSON WHO OPENED THE BAG OR IF THE RP TAPED HIMSELF. ON 06-27-05, RP RETURNED TO CLAIM PROPERTY MISSING. A TUBE OF HAIR GEL AND THREE HAND WRITTEN LETTERS. THIS INFORMATION WAS UPDATED. INFORMATION ONLY

Reporting Officer **CALHOUN**

Approval / Approval Date **MUKAI** 06/18/05

Disposition **ASSIST**

Area **COM**

Activity **PROP**

The Information for our Release of Call for Service Number

CONFIDENTIAL
REQUESTOR USE ONLY
CARMEL POLICE DEPARTMENT
NOT FOR THIRD PARTY RELEASE
DO NOT DUPLICATE
(SECTIONS 11140-11144 PC)

| Reporting Party Name (Last, First) | | | | Reporting Party Phone ( ) - Ext |
|---|---|---|---|---|

| Reporting Party Address | | | | |
|---|---|---|---|---|

| Suspect Information (Last, First) | DOB / / | DL No | Veh Lic No | State | Veh Yr | Make | Model |
|---|---|---|---|---|---|---|---|

| Misc Information | | | | |
|---|---|---|---|---|

| Dispatcher | How Received PHONE | Case Number | Priority | Unit | Unit | Unit | Unit |
|---|---|---|---|---|---|---|---|

## ALPHA / VEHICLE

| Name (Last, First, Middle) JENNINGS , RICHARD BUDDY | | | DOB 09/18/64 | Involvement REPORTING PARTY |
|---|---|---|---|---|
| Residence 160 TEMELEC CR SONOMA | | | | Phone Number ( 707 ) 694- 7325 |
| Race WHITE | Sex MALE | HT 600 | WT 195 | Hair BROWN | DL Number B5459743 | ID Number | Print | Mug |
| License No | License State | | V.I.N. Number | | Vehicle Year | Make | Model | Style |
| Primary Color | Secondary Color | Identifier | Identifier | | Officer CALHOUN | | Approval / Approval Date NGUYEN 06/18/05 |
| MOTHER'S PHONE NUMBER (707) 996-2887 | | | | Misc | | | |

No. 01

## PROPERTY / EVIDENCE

| NO. 01 | Involvement TAKEN | Value $ 0.00 | Quantity 1 | Name HAIR GEL | Make LA LOOKS | Model | APS Entry NO |
|---|---|---|---|---|---|---|---|
| | Primary Color | Trim Color | Size / WT / Cal | Year / Age | Serial | License or OAN | Bike Gears Wheel Fender Seal Make |
| | FCN Number | | Check No | Bank Branch | Date Written / / | Gun Type | Barrel Length Gun Stock |
| | | Misc. | | | | Officer MUKAI | Approval / Approval Date MUKAI 06/27/05 |

| NO. 02 | Involvement TAKEN | Value $ 0.00 | Quantity 3 | Name DOCUMENTS | Make | Model | APS Entry NO |
|---|---|---|---|---|---|---|---|
| | Primary Color | Trim Color | Size / WT / Cal | Year / Age | Serial | License or OAN | Bike Gears Wheel Fender Seat Make |
| | FCN Number | | Check No | Bank Branch | Date Written / / | Gun Type | Barrel Length Gun Stock |
| | | Misc. HAND WRITTEN LETTERS-(3) TO GOV'T OFFICIALS | | | | Officer MUKAI | Approval / Approval Date MUKAI 06/27/05 |

5 of 16

**Controlled Document, Duplication of Re-issuance Controlled by Law.**

POLICE DEPARTMENT

215 E. Figueroa St
SANTA BARBARA, CALIFORNIA
(805) 897-2300

DATE AND TIME __11/2/05   1800__

11/2/05   1900 APROX

OCT 31 2005
SAN FRANCISCO POLICE
@ 815 PM
AT GREYHOUND TERMINAL
GOING TO SANTA BARBARA CA
NOV 14 2005
SAN BERNADINO CA POLICE
@ 7:00 AM
AT SAN BERNADINO AMTRAK
STATION
(TRAIN #3 SOUTHWEST CHIEF)
GOING TO LA CA

REPORT # 00 765 60782323 24

Officer __MARAGO, POU/05__ ID NO. __5869__

6 OF 16



To the Auditor IOLERO

Hi,

My name is Richard Jennings and I reside in Santa Rosa CA. I contacted Jerry Threets office back in 2018. I had to apologize back then because I was not able to prove what it is I was making my complaint about.

Unfortunately I am again being made to endure targeted harassment at the hands of law enforcement here in Santa Rosa. My writing you now is probably overdue. I am in the Middle, which the cops use against the people, the county and in general the Northern District of California.

I am contacting you, IOLERO, because I do not trust a law enforcement person to check out my story and contact me. If this makes any sense at all to you please keep in mind the cops should not stop me or knock on my door for any reason. I am by the book and follow the law, there is no reason to.

I will follow up later. I will be contacting the Press Democrat also. "Prince of Piss" has been taken too far and I am tired of hearing it.

Thank you for your concern,

Richard Jennings

415-305-9041


Automatic reply from

Melanie Griffin, Administrative Coordinator
Independent Office of Law Enforcement Review and Outreach
(IOLERO)
2300 County Center Drive, Suite A211
Santa Rosa, CA  95403



# Independent Office of Law Enforcement
# Review and Outreach

## COMPLAINT FORM

Thank you for contacting IOLERO.  Our mission is to strengthen the relationship between the Sheriff's Office and the community it serves through outreach and the promotion of greater transparency of law enforcement operations. We take our mission seriously and your complaint is important to us.

**BEFORE YOU FILE YOUR COMPLAINT, PLEASE NOTE**:
1.  If you have criminal charges pending, we strongly recommend that you consult with your attorney **before** filing this form with our office.
2.  If your complaint includes a request for monetary compensation, you must request a "claim review" through Risk Management and/or a separate legal action for any relief you are seeking.
3.  You should review our website for additional information especially the sections entitled "filing a complaint" and "FAQ."   You are welcomed to contact our office anytime for help or with additional questions or concerns.

| TODAY'S DATE: | Nov17 2020 |
|---|---|

| YOUR INFORMATION | | |
|---|---|---|
| Jennings | Richard | B. |
| Date of Birth: Sep 18 1964 | Race/Ethnicity:White | Gender: Male |
| Home Address: 5077 Parkhurst Dr Apt B | | |
| City: Santa Rosa | State, Zip:CA, 95409 | |
| Home telephone number: | Cell phone number: 415-305-9041 | |
| Email address: Richard.Jennings@yahoo.com | | |
| Do you need an interpreter, and if so, for what language? | | |
| How did you learn about IOLERO? Press Democrat | | |

| IF YOU HAVE A CRIMINAL CASE PENDING, PLEASE ANSWER THE FOLLOWING: | YES | NO |
|---|---|---|
| Have you discussed your decision to file a complaint with your attorney? | | |
| Does your attorney want to be the point of contact for this complaint?  (*If not, you may be contacted directly by the Sheriff's Office for further information.*) | | |

| If your attorney will be the point of contact, please provide his or her name and contact information: | |
|---|---|
| Attorney Name: | Telephone: |
| Address: | |



| INFORMATION ABOUT THE INCIDENT | |
|---|---|
| Date of Incident:2020 | Time of Incident: n/a |
| Location of Incident: Sonoma County | |
| Police Report or Citation Number, if known: | |

| DESCRIPTION OF DEPUTIES INVOLVED, INCLUDING NAME(S) AND/OR BADGE NUMBER(S), IF KNOWN |
|---|
| 1.Law Enforcement Sonoma County |
| 2. |

| IF YOU KNOW OF ANYONE WHO WITNESSED WHAT HAPPENED, PLEASE PROVIDE HIS/HER CONTACT INFORMATION. |
|---|
| Witness Name(s), Address(es), Phone Number(s), if known: |
| 1.FBI Headquarters Washington DC, Director |
| 2.DOJ CA Attorney General Xavier Becerra |

**TYPE OF COMPLAINT (Check all that apply)**

| | | | |
|---|---|---|---|
| Conduct Unbecoming of a Deputy | ☒ | Unnecessary or Excessive Use of Force | ☐ |
| Racial Profiling/Bias-Based Policing | ☒ | Discourtesy | ☐ |
| Improper Procedure or Complaint Against Policy | ☐ | Neglect of Duty | ☐ |
| Sexual Assault | ☐ | Dishonesty | ☐ |

**SUMMARY OF YOUR COMPLAINT - You may attach additional pages, photos or other documents if they will help us process your complaint.**

Targeted Harassment against me. "Prince of Piss" heard loud in clear in Sonoma County. This actually goes all the way back to 2005 thru 2010. Then ceasing until 2019 and ending upon me contacting Jerry Threet. It ceased until the middle of 2020 thru present.



# CITY OF SANTA ROSA NOTICE TO APPEAR

☐ TRAFFIC   ☒ MISDEMEANOR   ☐ NONTRAFFIC

**1163076**

| DATE 6-6-05 | TIME 900 | ☒ AM ☐ PM | DY WK S M T W T F S | CASE # |
|---|---|---|---|---|

NAME (F, M, LAST) RICHARD BUDDY JENNINGS

ADD: 160 TEMELEC CIR

CITY SONOMA   STATE ☐ CA   ZIP 95476

DL # B5459743   STATE ☒ CA   CLASS C   RACE W

| SEX ☒ M ☐ F | HAIR BRN | EYES BRN | HGT 6-0 | WGHT 170 | DOB 9-18-64 |
|---|---|---|---|---|---|

VEH LIC #   STATE ☐ CA   YR   MAKE

| MOD | STYLE | CLR | EVID. OF FINANCIAL RESPONSIBILITY |
|---|---|---|---|

R/O N/A   ☐ SAME   ☐ COMMERCIAL VEHICLE (Veh. Code, § 15210(b))
☐ OWNER RESPONSIBILITY (Veh. Code, § 40001)
R/O ADD   ☐ SAME   ☐ HAZARDOUS MATERIAL (Veh. Code, § 353)

CORRECTABLE VIOLATION (VC 40610)   ☐ BOOKING REQUIRED   MISDEMEANOR OR INFRACTION (Check One)

| YES | NO | VIOLATIONS | | |
|---|---|---|---|---|
| ☐ | ☒ | WARRANT | ☐ M | ☐ I |
| ☐ | ☐ | SCR-457578 | ☐ M | ☐ I |
| ☐ | ☐ | 166(A)(4) PC | ☐ M | ☐ I |
| ☐ | ☐ | 1203.2 PC | ☐ M | ☐ I |
| ☐ | ☐ | $3000 | ☐ M | ☐ I |

| APPROX SPD | PF/MAX | SAFE | LIDAR ☐ | RADAR ☐ | JUV ☐ |
|---|---|---|---|---|---|

LOCATION OF VIOLATION STONY POINT @ SEBASTOPOL

☐ VIOLATIONS NOT COMMITTED IN MY PRESENCE, DECLARED ON INFORMATION AND BELIEF. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THE FOREGOING IS TRUE AND CORRECT.

| DATE 6-6-05 | ISSUING OFFICER WRICE | ID# 19 | ARRESTING OFFICER IF DIFFERENT |
|---|---|---|---|

☒ WITHOUT ADMITTING GUILT I PROMISE TO APPEAR AS DIRECTED BELOW   ☐ BOOKING REQUIRED SEE REVERSE SIDE FOR INSTRUCTIONS

SIGNATURE X _____

☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA
600 ADMINISTRATION DRIVE   **CRIMINAL:** ROOM NO. 105 – (707) 565-1100
SANTA ROSA, CA 95403-2827   **TRAFFIC:** ROOM NO. 109 – (707) 565-2300

☐ JUVENILE PROBATION DEPT. LOS GUILUCOS, 111 N. PYTHIAN RD., SANTA ROSA, CA (707) 537-6229

☒ ON THE 7 DAY OF JULY 200 5 AT 8:30 ☒ AM ☐ PM

☐ TO BE NOTIFIED - IF NOT NOTIFIED WITHIN 20 DAYS YOU MUST CONTACT COURT AT ABOVE ADDRESS IMMEDIATELY.

Notice to Appear form approved by the Judicial Council of California.
Rev. 5-1-00 (Veh. Code, §§ 40500(b), 40513(b), 40522, 40600; Pen. Code, § 853.9

**VIOLATORS COPY**

126..

100F16



# Sonoma County
# Sheriff's Department

**BILL COGBILL**
*Sheriff-Coroner*

*GARY A. ZANOLINI*
*Assistant Sheriff*
*Law Enforcement Division*

*MICHAEL M. COSTA*
*Assistant Sheriff*
*Detention Division*

## 6/24/2005

## Report Verification

ALSO
REPORT # 050706-024

VICTIM:  Richard Jennings

ADDRESS:  160 Temelec Ci., Sonoma

TYPE OF REPORT:  459 PC/burglary          REPORT #  SD051620219

DATE OF INCIDENT:  On 06/11/05 at 1855 hrs., Dep. Mauldin was dispatched to take a burglary report. Contact was made and no report was written.

THIS IS TO VERIFY THAT THE SONOMA COUNTY SHERIFF'S DEPARTMENT HAS THE ABOVE DESCRIBED REPORT ON FILE.

REPORTED LOSS OR ADDITIONAL INFORMATION:

Sincerely,

S. Anderson
Community Services Officer

11 OF 16

**Sonoma County S~~iff's Department**



*Terri Serbins*
*Community*
*Services*
*Officer*

Bill Cogbill
Sheriff-Coroner

2796 Ventura Avenue
Santa Rosa, CA 95403

**Sonoma County Sheriff's Department**

Bill Cogbill
Sheriff-Coroner

2796 Ventura Avenue
Santa Rosa, CA 95403

120-96

**CITY OF SONOMA**
**POLICE DEPARTMENT**

ORLANDO RODRIGUEZ
DEPUTY

Incident # 06-1980017

TOYOTA TRUCK

175 FIRST STREET WEST       DIRECT (707) 933-2297
SONOMA, CALIFORNIA 95476    PHONE (707) 996-3602
ORODIGU@SONOMA-COUNTY.ORG   FAX (707) 996-3695

139-16

United States District Court for the Northern
District of California
(District Court No:_____

Richard B. Jennings,                        )
                    Plaintiff               )        Request for injunction
                                            )
v.                                          )        Invasion Of Privacy,
                                            )        intrusion into Seclusion
United States of America,                   )
Department of Justice,                      )
Attorney General,                           )
Alberto Gonzales                            )
                    Defendant               )        _____
                                            )
_____)

## Exhibit A

(1 page submitted

Police reports and incident numbers and\or dates as listed involving the Plaintiff
Richard B. Jennings.

June 6, 2005 Santa Rosa Police department SR051570087
Reported harassment at a Burger King in Santa Rosa approximately 9:20am.
When the Plaintiff reported the incident, the Plaintiff Richard B. Jennings was
cited ticket number 1163076, and told it was a warrant against him. The Plaintiff
stated he was never notified of the warrant and asked why he was cited the ticket
at that date. The ticket ordered a July 7 2005 court date.  The Plaintiff made the
court date but after court had already started and was denied entrance into court.
The Plaintiff then notified administration of the court and was told to return on a
morning again because he did show for the court date. Plaintiff was on his way to
court on July 11 2006 and got arrested for the warrant and spent 2 months in jail,
including one month in Oak Crest Psychiatric Unit.

June 11, 2005 Sonoma County Sheriff department
Reported break-in and entry at residence 160 Temelec Circle, Sonoma CA
95476 twice to Sonoma Sheriff and twice to Sonoma County Sheriff. Was able to
get only two incident report numbers: 050706-024 and SD051620219.
Plaintiff Richard B. Jennings reported music compact disks, cassettes and
clothes stolen.

June 17, 2006 Carmel Police department CC0500463
Reported burglary and tampering with Plaintiff's book bag. Plaintiff caught the

14 of 16

crime on video\audio tape. Various documents and personal hygiene items were taken.

June 2005 Monterey Police department (business card)
Plaintiff reported harassment on two occasions , once in a crepe restaurant and once at a pub. Plaintiff called police at crepe place because the cook\server refused to serve the Plaintiff what he ordered and was hostile and degrading towards the Plaintiff when asked what the problem seemed to be.
The pub incident involved someone taking the Plaintiff's picture without his permission. The Plaintiff called police to ask if they would file a report\incident so that others around the Plaintiff not do the same thing by taking his picture without permission. The Plaintiff did not know the person taking the picture and does not want his privacy invaded by more people in that manner.

October 31, 2005 San Francisco Police department Incident Report number 00768607823234
Reported by pay phone being assaulted and a fight at the Greyhound terminal. Individual instigated a fight and Plaintiff told the individual to lay-off whereby the individual assaulted the plaintiff by throwing punches.

November 2, 2005 Santa Barbara Police department
Reported break in and entry at Presidio Motel in Santa Barbara. Someone broke into motel room and stole hygiene items and travel maps and then poured ammonia into Plaintiff's travel bag.

November 3, 2005 Santa Barbara Police department
Reported same type of incident at 7:00pm at same motel. Ammonia was again poured in Plaintiffs travel bag.

November 14, 2005 San Bernardino Police Department, Amtrak station
Plaintiff was harassed by people on train who would make insulting and sexual type comments towards the Plaintiff and did not allow Plaintiff to sleep. Some also made comments of a personal nature about the Plaintiff's private life and Plaintiff became alarmed as to how this was possible on a train from Arizona to California. Plaintiff asked people to stop several times and when it continued for several hours more he took a picture of the woman sitting across from him committing the harassment. The Plaintiff called the train conductor and gave the conductor the picture and asked if they would keep it so if the Plaintiff experienced similar problems there would be record of this type of incident. The Plaintiff was then ordered off the train and the police department took the picture taken by the Plaintiff.

July 17, 2006 Incident Report number 06-1980017
Plaintiff reported his truck broken into to Sonoma police.

15 of 16

July 22, 2006
Plaintiff Richard B. Jennings drove to Vancouver Canada to get away from
harassment. The Plaintiff was still followed there and harassed while at border
crossing and while in Vancouver Canada.

August 7, 2006
Plaintiff called police while staying at the Marriott in Washington DC because his
hotel room was broken into numerous times.

September 1, 2006 (approx) Sonoma Sheriff's department
Sonoma County Sheriff knocked on door of Plaintiff's mothers house where he
was staying and said that Plaintiff was reported seen on property where a
restraining order was taken out against the plaintiff in February 2005. Plaintiff
pleaded innocence and Sheriff's Deputy said she had proof. This incident so
upset the plaintiff's mother that Plaintiff was forced to leave the house in
Sonoma. Plaintiff was now again homeless.


September 2006 Police Report number 06-322165
Plaintiff reported his truck broken into and items stolen from hostel to
Sacramento police. Also Plaintiff reported unwanted electronic devices on\in his
vehicle.

September 2006 Police Report number 060800799
Plaintiff reported his truck broken into and unwanted electronic devices on\in his
vehicle.

September 21, 2006 Monterey Police department
Plaintiff reported to Officer Costa his truck being broken into while in Monterey
and the placement of unwanted electronic devices on\in his vehicle.

September 27, 2006 CHP
Plaintiff reported his jacket pockets opened and contents tampered with twice,
while at State law library in Sacramento to CHP Officer Porter.


Dated:
20 Oct 2006

Respectfully submitted

Richard B. Jennings
160 Temelec Circle
Sonoma CA 95476
Pro Se

16 OF 16

Bill Lockyer
Attorney General

State of California
Office of the Attorney General
Department of Justice

**NON-CONSUMER
COMPLAINT FORM**

Public Inquiry Unit
Office of the Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 322-3360
(916) 324-5564 (TDY)
Toll Free – California ONLY:
1-800-952-5225
1-800–952-5548 (TDY)
www.ag.ca.gov

*I wish to file a complaint against the party named below. I understand that the Attorney General does not represent private citizens seeking private remedies. I am, however, filing this complaint to notify your office of the activities of my allegations so that it may be determined if law enforcement or statewide legal action is warranted.*

**Section A**                    PLEASE TYPE OR PRINT LEGIBLY

**1. PARTY COMPLAINING**                    **2. COMPLAINT AGAINST**

Name _RICHARD JENNINGS_          Name _DOJ  ATTY GEN GONZALES_

Address _160 FEMELA CIRCLE_       Address _____

City _SONOMA_ State _CA_ ZIP _95476_   City _WASHINGTON_ State _X_ ZIP ___

Home Phone _707 996-6887_ Work Phone _415 599 9698_   Phone Number _____

**Section B** _MOTHER'S TEL_ ☎ _(CELL)_

Have you contacted your local authorities? (Circle)  Police, Sheriff, District Attorney, Grand Jury

Have you contacted another state agency? YES ☑ NO ☐

What agency? _GOV, CAL AG DOJ_
_FBI: SF   FBI: SAC_

Have you contacted an attorney?       YES ☑  NO ☐

Is there a court action pending?      YES ☐  NO ☑

Have you lost a lawsuit in this matter? YES ☐  NO ☑

**Section C**

Please provide a factual statement which clearly describes the date, place and nature of the incident which compels you to file a complaint with this office, against the above-named party. Please attach copies of any supporting documentation (DO NOT SEND ORIGINALS; DOCUMENTS CANNOT BE RETURNED) If additional space is required, attach additional pages to this form.

I HAVE REQUESTED EMERGENCY MONETARY ASSISTANCE FROM
THE ATTORNEY GENERAL DOJ WASHINGTON DC MR ALBERTO
GONZALES FOR ALMOST A YEAR. I NEED THE MONEY TO
SURVIVE AND HELP PROTECT MYSELF AND MY FAMILY WITH
SECURITY. I AM FORCED TO RUN AROUND SAN FRANCISCO WITHOUT
ANY PLACE TO STAY AND VERY LITTLE MONEY. YOU ARE USING ME,
PLEASE HELP MY WELL BEING.

Please briefly describe how you believe this office can be of assistance to you:

PLEASE AUTHORIZE SOME MONEY. THE GOVERNOR OF CALIFORNIA
SAYS ITS A FEDERAL MATTER

**Section D**

I will sign a sworn statement if required:  YES ☑  NO ☐

Signature _[signature]_                    Date _9/7/06_

PIU – 4 (rev 6/04)

EXHIBIT B 1 of 15

SEPT 19 2

TO THE ATTY GENERAL OFFICE,
DEPARTMENT OF JUSTICE

FROM RICHARD JENNINGS
160 TEMELEC CIRCLE
SONOMA CA 95476

DEAR ATTY GENERAL GONZALES

I HAVE SENT YOU A PREVIOUS LETTER
LETTING YOU KNOW OF MY SITUATION.
I AM STILL AWAITING A RESPONSE FROM
YOUR OFFICE.
ANOTHER WEEKEND HAS GONE BY
AND NO CHANGE FROM BEING "IN
THE MIDDLE". I DO NOT KNOW WHO
CAN AUTHORIZE THIS CHANGE, AND
PLACE ME WHERE I NEED TO BE SAFE.
I HAVE WRITTEN MY SENATOR AS I
DID YOU BUT I AM STILL IN THE
SAME SITUATION. IT NEVER SEEMS
TO END AND OFTEN I DEAL WITH
TORTUOUS THOUGHTS WONDERING IF
ANYONE WILL EVER STEP-IN. THIS
IS NOT A MADE UP PROBLEM AND I
DO NOT KNOW WHAT IT IS I HAVE TO
DO TO RESOLVE IT.
I HAVE LET SAN FRANCISCO KNOW WHAT
HAS HAPPENED SO FAR. THE NEWS
DEPARTMENTS. THIS IS A REQUEST TO
END THE GAME FOR ME. PLEASE
HELP. SINCERELY
Richard Jennings

2 OF 15

(LETTER
FAXED)

March 30, 2005

Dear Attorney General Lockyer;

My name is Richard Jennings and I live in Sonoma California at 160 Temelec Circle. I
am the object of an FBI investigation which goes back to my Air Force days and still
continues to present. I was setup in the Air Force while an air traffic controller to become
the object of the FBI Economic Division, which uses people to further their goals. It was
a black or secret division started by President Clinton and has recently come to light and
noticed by people. Approximately 7 people have died being their object. This division
has such corruption that it broke apart the FBI of present and has tainted almost all other
governmental organizations with its influence.

I made my problem as an object of this FBI division more known recently and have been
fighting for my life ever since. I have had to endure many attempts at getting rid of me,
and it has occupied almost all my time since approximately August of last year to keep
safe, trying to work out a solution. The FBI is presently working out its corruption
problems but I am still constantly defending myself from the bad FBI that doesn't want to
care about solving and answering to the problems it faces. Senator John McCain of AZ
had a big hand in influencing the bad FBI and I think it is known there is a problem.
There are other Senators today who know of my involvement with the FBI including the
senior Senator from Utah, who has done much in keeping the FBIs problem alive. Also
the senior Senator from Washington is affected because she seems to struggle with how
to deal with my situation. There have been a lot of problems lately with the bad FBI
around here in Sonoma, especially the town. I have had to pay the price of their lack of
regard myself because I was thrown in jail for 45 days because the FBI was too busy with
its own problems. I went without food for 3 days in a row twice and was physically
beaten up badly while in there. Governor Schwartzeneggar can attest to knowing of me.
I just got out of jail on Friday the 25th of March. I am still waiting for the FBI to make
official contact with me and rescue me from my present danger. I am out of money
entirely (bankrupt) and don't even have a real place to stay  because my mother is
overwhelmed with what has been happening and I cant stay there much. Unfortunately,
when I call the FBI, Sacremento and SanFrancisco offices, I get no promises ever, only
the chance to have what I am going through recorded by them. My situation is very
precarious because I have no money and nowhere left to run. Is it possible to collaborate
my story so that I may receive help from them because I'm just not sure when they will
actually do what is needed for me.

I have let the San Francisco news people here know of my situation, both with emails and
telephone calls updating my situation. As I continue to hear and see nothing realistic
regarding me I am forwarding this letter to several government agencies in hopes of
getting the help I need, before there is another mistake and I have to suffer further. My
Moms telephone number is 707-996-2887. She doesn't know much because I wish to
protect her and she cant handle much more. I thank you for your attention and wish you
to know I hope for things to heal. I am pursuing a law suit against the government over
this matter and hope to file it shortly so that I might get going myself. I await my rescue
from the FBI.

Sincerely,

Richard B. Jennings

3 of 15



# OFFICE OF THE GOVERNOR

February 24, 2006

Mr. Richard Jennings
160 Terrace Circle
Sonoma, California 95476

Dear Mr. Jennings,

Thank you for your correspondence to Governor Arnold Schwarzenegger. Governor Schwarzenegger appreciates hearing from constituents and the issues that matter to them. However, the issue you wrote about falls under the jurisdiction of the Office of the Attorney General. In order to ensure that your concerns are properly addressed, you may wish to contact that office directly at:

> The Honorable Bill Lockyer
> Attorney General
> 1300 I Street
> Sacramento, California 95814
> (916) 445-9555

Useful information may also be found at the Attorney General office's home page at www.ag.ca.gov. Again, thank you for your letter.

Office of Constituent Affairs

COMMITTEE ON APPROPRIATIONS
COMMITTEE ON ENERGY AND NATURAL RESOURCES
COMMITTEE ON THE JUDICIARY
COMMITTEE ON RULES AND ADMINISTRATION
SELECT COMMITTEE ON INTELLIGENCE

# United States Senate

WASHINGTON, DC 20510–0504

http://feinstein.senate.gov

September 19, 2005

Richard Jennings
160 Temelec Circle
Sonoma, California 95476

Dear Richard:

Thank you for contacting my office about the difficulties you are experiencing. I have had my staff review your letter and I will try to do all I can to help.

However, your letter was unclear about what action you would like me to take on your behalf. I would very much appreciate your writing to me again. In particular, I need to know the name of the federal agency involved, your Social Security number, the identification number, which will help in locating your file, and a brief description of what I might do to help.

Please send this information to me at my San Francisco office (address below). As soon as I receive it, I will contact the agency on your behalf.

I am glad you came to me and I hope to be of assistance to you.

With warmest personal regards.

Sincerely,

Dianne Feinstein
United States Senator

DF:jpc

FRESNO OFFICE:
1130 O STREET
SUITE 2446
FRESNO, CA 93721
(559) 485-7430

LOS ANGELES OFFICE:
11111 SANTA MONICA BOULEVARD
SUITE 915
LOS ANGELES, CA 90025
(310) 914-7300

SAN DIEGO OFFICE:
750 B STREET
SUITE 1030
SAN DIEGO, CA 92101
(619) 231-9712

SAN FRANCISCO OFFICE:
ONE POST STREET
SUITE 2450
SAN FRANCISCO, CA 94104
(415) 393-0707

October 12, 2005

Senator Dianne Feinstein
United States Senate
One Post Street, Suite 2450
San Francisco CA 94104

Richard Jennings
160 Temelec Circle
Sonoma CA 95476

Dear Senator Feinstein,

Thank you for your reply to my letter I wrote, dated September 7 2005. I was basically informing you of my problem that the Attorney General of DOJ, Alberto Gonzales was not responding to me when I write or call him. I feel he has a responsibility to take care of the situation I am in, he is the government official that has the power and authority to end this long overdue FBI operation that now is very known here in California. It is out of control, making its presence known to the citizens of this state in a negative fashion, and it involves me when I do not wish it to.

I wish to ask if you would be so kind as to involve yourself on my behalf. This whole situation I am in started while I was in the Air Force, back around 1992. I was unfortunate enough to get involved with some people that had close knowledge of the then "secret" operation that the FBI was running. These people, the Kratzs, whom I have mentioned before, made me the target while stationed at Luke Air Force base Arizona while I was working as an air traffic controller. They intruded into my life while working on the base, keeping me the center of negative attention while working and even while going to church. They used Air Force resources to pressure me out of the military, and this was unjust. I feel the Air Force has some responsibility to me for compensation in this matter, as I have been a victim ever since, even up to this day. I have contacted the Veterans Administration regarding this matter, asking formally for compensation. This was back in June of 2005 when I filled out paperwork. I have since been getting nothing but stone-walled and have been denied any type of consideration, even though I mention that I am a broke, homeless veteran. They have now stated on the telephone, with nothing in writing, that they have 60 days before I have to file for an appeal.

I am in such dire straits, with very little money, and being harassed everywhere I go practically that I do not know what else to do except perhaps ask you if you could get them to see that I am not asking for anything that is unfair. I cannot wait 60 days and then appeal, I may be dead by then. It would be of great help to me if you would check into this matter. I have included the paperwork I have gotten after having filled out the application. Also included is my Air Force discharge paperwork. I am hoping that life in Washington DC is treating you well. I thank you for your time.

Sincerely,

Richard Jennings

6 of 15





Web Site  **www.sbc.com**



paid  59.19

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 45.07 |
| Payment Received 7-06   Thank you! | 45.07CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 58.32 |
| **Total Amount Due** | **$58.32** |

Amount Due in Full by                    Aug  8, 2005

## Billing Summary

**Questions? Call:**

| | |
|---|---|
| Plans and Services | 16.49 |
| 1 800 310-2355 | |
| SBC Long Distance | 24.38 |
| 1 800 280-1996 | |
| INTEGRETEL | 17.45 |
| 1 800 736-7500 | |
| **Total Current Charges** | **58.32** |

## News You Can Use Summary

- AVOID DISCONNECTION
- ORDER SBC YAHOO! DSL
- CARRIER INFORMATION
- PAY BILLS ONLINE

See "News You Can Use" for additional information

## Plans and Services

| Monthly Service - Jul 8 thru Aug 7 | |
|---|---|
| 1.   Residence Flat Rate Service | 10.6 |
| 2.   Caller ID Selective Blocking | .0 |
| 3.   900/976 Blocking | .0 |
| **Total Monthly Service** | **10.6** |

| Surcharges and Other Fees | |
|---|---|
| 4.   Federal Subscriber Line Charge | 4.4 |
| 5.   Rate Surcharge | .1 |
| 6.   State Regulatory Fee | .0 |
| 7.   Federal Universal Service Fee | .4 |
| **Total Surcharges and Other Fees** | **4.7** |

| Government Fees and Taxes | |
|---|---|
| 8.   CA High Cost Fund Surcharge - A: | .0 |
| 9.   CA High Cost Fund Surcharge - B: | .2 |
| 10.  California Teleconnect Fund Surcharge | .0 |
| 11.  Universal Lifeline Telephone Service Surcharge | .1 |
| 12.  CA Relay Service and Communications Devices Fund | .0 |
| 13.  9-1-1 Emergency System | .0 |
| 14.  Federal | .4 |
| **Total Government Fees and Taxes** | **1.0** |

| **Total Plans and Services** | **16.4** |
|---|---|

## SBC Long Distance

**Important Information**
Message Regarding Terms & Conditions
To view your Terms & Conditions for SBC Long
Distance, access www.sbc.com/public_affairs
or call 1-888-225-8530 to have a copy mailed.

International Mobile Termination Rate Change:
Effective 9/12/2005, the per minute International
Mobile Termination Charge (IMTC) rates to some
international destinations will be changing.
After the effective date, you may visit
http://www.sbc.com/imtc for more information on
these new rates.  For a recording in English or
en Espanol of the new rates by country, please
call 1-888-472-1935.  Thank you for choosing
SBC Long Distance.

7 OF 15

Local Services provided by SBC California or SBC Nevada based
upon the service address location.

U.S. Pat. D410,950 and D414, 510



## SBC Long Distance

### Account Summary

| Description | |
|---|---|
| Charges for June | 24.38 |
| **Total Account Summary Charges** | **24.38** |

### Invoice Summary
(as of JUNE 26, 2005)

| Current Charges | |
|---|---|
| Service Charges | 13.00 |
| Credits and Adjustments | .00 |
| Call Charges | 8.77 |
| Taxes and Surcharges | 2.61 |
| **Total Invoice Summary** | **24.38** |

### Service Charges

**Monthly Service Charges**

| | Type of Service | Charge Period | Quantity | Amount |
|---|---|---|---|---|
| 1. | Value Plus 500 | JUN 25 to JUL 24 | 1 | 13.00 |
| | **Total Monthly Service Charges** | | | **13.00** |

| **Total Service Charges** | **13.00** |
|---|---|

### Call Charges
Calls for 707-996-2887

**Domestic**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 2. | 5-23 | 232P | SAN FRAN CA | 415 902-6363 | D | 9:00 | .45 |
| 3. | 5-23 | 1003P | SANTA ROSA CA | 707 694-7325 | D | 2:00 | .10 |
| 4. | 5-24 | 159P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .05 |
| 5. | 5-24 | 224P | SAN FRAN CA | 415 902-6363 | D | 1:00 | .05 |
| 6. | 5-24 | 225P | SAN FRAN CA | 415 553-2150 | D | 4:00 | .20 |
| 7. | 5-25 | 216P | SAN FRAN CA | 415 902-6363 | D | 6:00 | .00 |
| 8. | 5-26 | 255P | SAN FRAN CA | 415 902-6363 | D | 6:00 | .00 |
| 9. | 5-26 | 1106P | NEW YORK NY | 646 296-7540 | D | 1:00 | .00 |
| 10. | 5-27 | 1047A | WASHINGTON DC | 202 450-1414 | D | 3:00 | .00 |
| 11. | 5-27 | 1127A | WASHINGTON DC | 202 466-2461 | D | 1:00 | .00 |
| 12. | 5-27 | 1120A | WASHINGTON DC | 202 466-2161 | D | 1:00 | .00 |
| 13. | 5-27 | 901P | SAN FRAN CA | 415 902-6363 | D | 8:00 | .00 |
| 14. | 5-28 | 220P | QUEENS NY | 718 445-8273 | D | 51:00 | .00 |
| 15. | 5-30 | 148P | QUEENS NY | 718 461-5586 | D | 85:00 | .00 |
| 16. | 5-31 | 933A | SOUTH SNFRCA | 650 615-4700 | D | 1:00 | .00 |
| 17. | 5-31 | 934A | SOUTH SNFRCA | 650 615-4700 | D | 6:00 | .00 |
| 18. | 5-31 | 941A | SOUTH SNFRCA | 650 588-6600 | D | 1:00 | .00 |
| 19. | 5-31 | 127P | SAN FRAN CA | 415 902-6363 | D | 21:00 | .00 |
| 20. | 5-31 | 337P | SANTA ROSA | 707 539-7283 | D | 1:00 | .00 |
| 21. | 5-31 | 339P | SANTA ROSA | 707 539-7283 | D | 1:00 | .00 |
| 22. | 5-31 | 340P | SANTA ROSA | 707 539-7283 | D | 1:00 | .00 |
| 23. | 5-31 | 342P | SANTA ROSA | 707 528-7423 | D | 2:00 | .00 |
| 24. | 5-31 | 345P | SANTA ROSA | 707 526-7423 | D | 2:00 | .00 |
| 25. | 5-31 | 347P | SANTA ROSA | 707 527-6456 | D | 1:00 | .00 |

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 26. | 5-31 | 640P | SANTA ROSA CA | 707 694-7325 | D | 4:00 | .00 |
| 27. | 5-31 | 708P | SAN FRAN CA | 415 902-6363 | D | 36:00 | .00 |
| 28. | 6-01 | 439P | OAKLAND CA | 510 420-7004 | D | 2:00 | .00 |
| 29. | 6-01 | 451P | QUEENS NY | 718 729-2664 | D | 39:00 | .00 |
| 30. | 6-01 | 559P | SANTA ROSA CA | 707 694-7325 | D | 3:00 | .00 |
| 31. | 6-02 | 554P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 32. | 6-02 | 555P | SANTA ROSA CA | 707 694-7325 | D | 10:00 | .00 |
| 33. | 6-03 | 258P | SAN FRAN CA | 415 902-6363 | D | 5:00 | .00 |
| 34. | 6-03 | 431P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 35. | 6-04 | 928A | SANTA ROSA CA | 707 542-6522 | D | 7:00 | .00 |
| 36. | 6-05 | 1039A | SANTA ROSA CA | 707 545-0831 | D | 2:00 | .00 |
| 37. | 6-05 | 1126A | SAN FRAN CA | 415 902-6363 | D | 1:00 | .00 |
| 38. | 6-05 | 1158A | SANTA ROSA CA | 707 576-1022 | D | 1:00 | .00 |
| 39. | 6-05 | 1200P | SANTA ROSA CA | 707 576-1022 | D | 1:00 | .00 |
| 40. | 6-05 | 1202P | SANTA ROSA CA | 707 545-0667 | D | 1:00 | .00 |
| 41. | 6-05 | 1203P | SANTA ROSA CA | 707 545-0687 | D | 1:00 | .00 |
| 42. | 6-05 | 224P | SAN FRAN CA | 415 902-6363 | D | 6:00 | .00 |
| 43. | 6-05 | 506P | SAN FRAN CA | 415 902-6363 | D | 1:00 | .00 |
| 44. | 8-06 | 127P | SAN FRAN CA | 415 902-6363 | D | 4:00 | .00 |
| 45. | 6-06 | 132P | QUEENS NY | 718 445-8273 | D | 1:00 | .00 |
| 46. | 6-07 | 1236P | SAN FRAN CA | 415 902-6363 | D | 1:00 | .00 |
| 47. | 6-07 | 213P | QUEENS NY | 718 445-8273 | D | 47:00 | .00 |
| 48. | 6-08 | 236P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 49. | 6-06 | 239P | FORT BRAGG CA | 707 964-7325 | D | 1:00 | .00 |
| 50. | 6-06 | 239P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 51. | 6-09 | 203P | SAN FRAN CA | 415 902-6363 | D | 9:00 | .00 |
| 52. | 6-09 | 226P | SAN FRAN CA | 415 902-6363 | D | 10:00 | .00 |
| 53. | 6-09 | 329P | SANTA ROSA CA | 707 575-7500 | D | 9:00 | .00 |
| 54. | 6-10 | 231P | SAN FRAN CA | 415 902-6363 | D | 10:00 | .00 |
| 55. | 6-10 | 245P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 56. | 6-11 | 816A | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 57. | 6-11 | 926A | TACOMA WA | 253 752-7850 | D | 3:00 | .00 |
| 58. | 6-11 | 934A | SCOTTSDALE AZ | 480 221-2547 | D | 2:00 | .00 |
| 59. | 6-11 | 944A | SCOTTSDALE AZ | 480 221-2547 | D | 16:00 | .00 |
| 60. | 6-11 | 614P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 61. | 6-12 | 236P | SAN FRAN CA | 415 902-6363 | D | 2:00 | .00 |
| 62. | 6-12 | 920P | SAN FRAN CA | 415 902-6363 | D | 1:00 | .00 |
| 63. | 6-12 | 958P | SAN FRAN CA | 415 902-6363 | D | 10:00 | .00 |
| 64. | 6-13 | 618P | SAN FRAN CA | 415 902-6363 | D | 1:00 | .00 |
| 65. | 6-14 | 148P | SNFRCNTRL DCA | 415 902-6363 | D | 1:00 | .00 |
| 66. | 6-14 | 241P | SNFRCNTRL DCA | 415 902-6363 | D | 10:00 | .00 |
| 67. | 6-14 | 614P | SNFRCNTRL DCA | 415 902-6363 | D | 1:00 | .00 |
| 68. | 6-15 | 247P | NOVATO CA | 415 899-1337 | D | 3:00 | .00 |
| 69. | 8-15 | 253P | SANTA ROSA | 707 694-7325 | D | 3:00 | .00 |
| 70. | 6-15 | 257P | SNFRCNTRL DCA | 415 902-6363 | D | 1:00 | .00 |
| 71. | 6-15 | 737P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 72. | 6-16 | 1241A | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 73. | 6-17 | 305P | SANTA ROSA CA | 707 694-7325 | D | 1:00 | .00 |
| 74. | 6-16 | 608P | QUEENS NY | 718 729-2664 | D | 60:00 | 3.43 B |
| 75. | 6-20 | 523P | SNFRCNTRL DCA | 415 902-6363 | D | 3:00 | .15 |
| 76. | 6-21 | 838A | WASHINGTON DC | 202 502-2600 | D | 2:00 | .14 |

© 2003 SBC Knowledge Ventures, L.P. All rights reserved. SBC and the SBC logo are registered trademarks of SBC Knowledge Ventures, L.P.
9821.030.290595.01.03.0000000 NNNNNYNY          33305.13529







**Questions?**

## SBC Long Distance

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 6-21 | 840A | WASHING TONDC | 202 502 1570 | D | 17:00 | 1.18 |
| 2. | 6-21 | 902A | NEW YORK NY | 212 975-3247 | D | 7:00 | .49 |
| 3. | 6-21 | 942A | SANTA ROSACA | 707 565-5960 | D | 4:00 | .20 |
| 4. | 6-21 | 947A | OVERLAND MO | 314 801-0800 | D | 13:00 | .91 |
| 5. | 6-21 | 1240P | SAN RAFAELCA | 415 472-4345 | D | 1:00 | .05 |
| 6. | 6-21 | 111P | SNFRCNTRLDCA | 415 902-6363 | D | 3:00 | .15 |
| 7. | 6-21 | 130P | SNFRCNTRLDCA | 415 902-6363 | D | 6:00 | .30 |
| 8. | 6-21 | 313P | STATEN IS NY | 718 816-4438 | D | 6:00 | .42 |
| 9. | 6-21 | 1143A | WASHINGTONDC | 202 502 2045 | D | 4:00 | .28 |
| 10. | 6-23 | 1147A | WASHINGTONDC | 202 514 1020 | D | 1:00 | .07 |
| 11. | 6-23 | 1150A | NEW YORK NY | 212 975-3247 | D | 1:00 | .07 |
| 12. | 6-23 | 457P | STATEN IS NY | 718 816-4438 | D | 1:00 | .07 |

BP = Call continued beyond plan minutes

| | |
|---|---|
| Subtotal Domestic Calls for 707-998-2887 | 8.77 |
| Total Domestic Calls for 707-998-2887 | 8.77 |
| Total Calls for 707-998-2887 | 8.77 |
| Total Call Charges | 8.77 |

**Taxes and Surcharges**

**Government Fees and Taxes**

| Description | | Amount |
|---|---|---|
| 13. | Fed Excise Tax | .71 |
| 14. | CA 911 Tax | .07 |
| 15. | CA High Cost Fund A | .01 |
| 16. | CA High Cost Fund B | .23 |
| 17. | CA Relay Service & Comm. Devices Fund | .02 |
| 18. | CA Teleconnect Fund | .01 |
| 19. | CA Universal Lifeline Tel. Service Fund | .14 |
| | Total Government Fees and Taxes | 1.19 |

**Surcharges**

| Description | | Amount |
|---|---|---|
| 20. | Fed Universal Service Fund | 1.37 |
| 21. | Regulatory Surcharges | .04 |
| 22. | CA State Regulatory Fee | .01 |
| | Total Surcharges | 1.42 |

| | |
|---|---|
| Total Taxes and Surcharges | 2.61 |

**Key to Calling Codes**
D  Day

| | | |
|---|---|---|
| **Total SBC Long Distance** | **Current Charges** | **24.38** |

## News You Can Use

### AVOID DISCONNECTION
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $10.69 . Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls. If service is disconnected, a reconnection fee and all outstanding charges will be due prior to reconnection. A security deposit may be required.

### CARRIER INFORMATION
Our records indicate that you have selected SBC Long Distance or a company that resells their services as your primary local toll carrier and SBC Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records.

### ORDER SBC YAHOO! DSL
You may reside in an area where SBC Yahoo! DSL is now available. Order SBC Yahoo! DSL Express for $14.95 per month, when ordered online or with qualifying services. Other monthly charges apply, including a Federal Universal Service Fund cost recovery fee. Offer valid only for residential customers. For offer details, call 1-866-SBC-YAHOO (1-866-722-9246) or order online at www.sbc.com/1495.

### PAY BILLS ONLINE
Pay online with MySBC eBill(SM) service. MySBC eBill lets you view, manage and pay your SBC bill online for free through the SBC website. You can set up automatic recurring payments to your credit card or debit your bank account. Go to sbc.com/ebill for more details. Terms and conditions apply.

9 OF 15





Page 1 of 5
Account Number 707-996-2887-214-7
Billing Date Aug 8, 2005

Web Site **www.sbc.com**

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 58.32 |
| Payment Received 8-08 Thank you! | 59.19CR |
| Adjustments | .00 |
| Balance | .87CR |
| Current Charges | 65.26 |
| **Total Amount Due** | **$64.39** |
| Amount Due in Full by | Sep 8, 2005 |

## Billing Summary

**Questions? Call:**

| | |
|---|---|
| Plans and Services | 22.70 |
| 1 800 310-2355 | |
| SBC Long Distance | 25.11 |
| 1 800 280-1996 | |
| INTEGRETEL | 17.45 |
| 1 800 736-7500 | |
| **Total Current Charges** | **65.26** |

~ "SHACUDA"

Paid

500 MIN 13⁰⁰ with
1 MIN = .54 MIN

$0.__

## News You Can Use Summary

- AVOID DISCONNECTION
- ORDER SBC YAHOO! DSL
- CARRIER INFORMATION

See "News You Can Use" for additional information

*500 minutes for Long
Dial*

Return bottom portion with your check in the enclosed envelope.

## Plans and Services

**Monthly Service - Aug 8 thru Sep 7**

| | | |
|---|---|---|
| 1. Residence Flat Rate Service | | 10.6 |
| 2. Caller ID Selective Blocking | | .0 |
| 3. 900/976 Blocking | | .0 |
| **Total Monthly Service** | | 10.6 |

**Additions and Changes to Service**
Activity on 707 996-2887
Order # 66666666

| Item No. Description | Qty | Partial Month | |
|---|---|---|---|
| Rate Changed on Jun 30, 2005 | | | |
| 4. Rate Change | 1 | .05CR | .0 |
| Federal Subscriber Line Charge | | | |
| .04 Per Month | | | |
| 5. Rate Change | 1 | .06CR | .0 |
| Federal Universal Service Fee | | | |
| .05 Per Month | | | |
| New Activity on 707 996-2887 | | | .1 |
| **Total Additions and Changes to Service** | | | .1 |

**Local Toll**

| Item No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| Itemized Calls | | | | | | | |
| 6. | 7-21 | 858A | SANTA ROSACA | 707 569-0152 | DB | 1 | 3.0 |
| 7. | 7-24 | 204P | SANTA ROSACA | 707 578-8422 | NB | 1 | 2.9 |
| Total Itemized Calls | | | | | | | 6.0 |

**Key to Calling Codes**

| B Collect | D Day | N Night/Weekend |
|---|---|---|

| Total Local Toll | 6.0 |
|---|---|

**Surcharges and Other Fees**

| | | |
|---|---|---|
| 8. Federal Subscriber Line Charge | | 4.3 |
| 9. Rate Surcharge | | .2 |
| 10. State Regulatory Fee | | .0 |
| 11. Federal Universal Service Fee | | .4 |
| **Total Surcharges and Other Fees** | | 4.5 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 12. CA High Cost Fund Surcharge - A | | .0 |
| 13. CA High Cost Fund Surcharge - B | | .4 |
| 14. California Teleconnect Fund Surcharge | | .0 |
| 15. Universal Lifeline Telephone Service Surcharge | | .2 |
| 16. CA Relay Service and Communications Devices Fund | | .0 |
| 17. 9-1-1 Emergency System | | .1 |

Local Services provided by SBC California or SBC Nevada based
upon the service address location.

U.S. Pat. D410, 950 and D414, 510

10 OF 15

Printed on Recyclable Paper







## Plans and Services

**Government Fees and Taxes - Continued**

| | |
|---|---|
| 1.  Federal | .66 |
| **Total Government Fees and Taxes** | **1.53** |

**Total Plans and Services**    **22.70**

## SBC Long Distance

**Important Information**

**Message Regarding Terms & Conditions**
To view your Terms & Conditions for SBC Long
Distance, access www.sbc.com/public_affairs
or call 1-888-225-8530 to have a copy mailed.

**Account Summary**

| Description | |
|---|---|
| Charges for August | 25.11 |
| **Total Account Summary Charges** | **25.11** |

**Invoice Summary**
(as of JULY    26, 2005)

| | |
|---|---|
| Current Charges | |
| Service Charges | 13.00 |
| Credits and Adjustments | .00 |
| Call Charges | 9.48 |
| Taxes and Surcharges | 2.63 |
| **Total Invoice Summary** | **25.11** |

**Service Charges**

**Monthly Service Charges**

| | Type of Service | Charge Period | Quantity | Amount |
|---|---|---|---|---|
| 2. | Value Plus 500 | JUL 25 to AUG 24 | 1 | 13.00 |
| **Total Monthly Service Charges** | | | | **13.00** |

**Total Service Charges**    **13.00**

**Call Charges**
Calls for 707-996-2887

**Domestic**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 3. | 6-23 | 302P | SNFRCNTRLDCA | 415 902-6363 | D | 8:00 | .40 |
| 4. | 6-23 | 807P | SNFRCNTRLDCA | 415 902-6363 | D | 3:00 | .15 |
| 5. | 6-25 | 335P | STATEN IS NY | 718 616-4436 | D | 109:00 | .00 |
| 6. | 6-27 | 240P | SNFRCNTRLDCA | 415 902-6363 | D | 6:00 | .00 |
| 7. | 6-28 | 206P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 8. | 6-29 | 424P | SNFRCNTRLDCA | 415 902-6363 | D | 14:00 | .00 |
| 9. | 6-29 | 438P | SANTA ROSACA | 707 694-7325 | D | 1:00 | .00 |
| 10. | 6-29 | 516P | SNFRCNTRLDCA | 415 553-7400 | D | 3:00 | .00 |

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 11. | 6-30 | 236P | SNFRCNTRLDCA | 415 902-6363 | D | 20:00 | .00 |
| 12. | 6-30 | 543P | QUEENS    NY | 718 445-8273 | D | 56:00 | .00 |
| 13. | 7-01 | 548P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 14. | 7-02 | 844P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 15. | 7-03 | 707P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 16. | 7-04 | 531P | QUEENS    NY | 716 729-2664 | D | 24:00 | .00 |
| 17. | 7-05 | 909A | OAKLAND   CA | 510 637-3542 | D | 3:00 | .00 |
| 18. | 7-05 | 937A | SNFRCNTRLDCA | 415 522-2020 | D | 2:00 | .00 |
| 19. | 7-05 | 727P | SNFRCNTRLDCA | 415 902-6363 | D | 9:00 | .00 |
| 20. | 7-06 | 321P | OAKLAND   CA | 510 637-3542 | D | 2:00 | .00 |
| 21. | 7-06 | 759P | SANTA ROSACA | 707 694-7325 | D | 1:00 | .00 |
| 22. | 7-07 | 249P | SNFRCNTRLDCA | 415 902-6363 | D | 7:00 | .00 |
| 23. | 7-07 | 255P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 24. | 7-07 | 307P | SANTA ROSACA | 707 694-7325 | D | 1:00 | .00 |
| 25. | 7-07 | 520P | PALO ALTO CA | 650 323-4532 | D | 1:00 | .00 |
| 26. | 7-07 | 521P | OAKLAND   CA | 510 420-7004 | D | 1:00 | .00 |
| 27. | 7-07 | 522P | OAKLAND   CA | 510 420-7004 | D | 1:00 | .00 |
| 28. | 7-07 | 523P | OAKLAND   CA | 510 420-4532 | D | 7:00 | .00 |
| 29. | 7-07 | 530P | SNFRCNTRLDCA | 415 902-6363 | D | 6:00 | .00 |
| 30. | 7-08 | 153P | SNFRCNTRLDCA | 415 902-6363 | D | 3:00 | .00 |
| 31. | 7-08 | 248P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 32. | 7-06 | 616P | SNFRCNTRLDCA | 415 902-6363 | D | 15:00 | .00 |
| 33. | 7-09 | 1012A | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 34. | 7-09 | 1122A | OAKLAND   CA | 510 420-4532 | D | 4:00 | .00 |
| 35. | 7-09 | 256P | STATEN IS NY | 718 720-7613 | D | 1:00 | .00 |
| 36. | 7-10 | 435P | SNFRCNTRLDCA | 415 902-6363 | D | 9:00 | .00 |
| 37. | 7-11 | 168P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 38. | 7-11 | 243P | QUEENS    NY | 716 729-2664 | D | 26:00 | .00 |
| 39. | 7-11 | 313P | SANTA ROSACA | 707 565-2108 | D | 3:00 | .00 |
| 40. | 7-11 | 315P | SANTA ROSACA | 707 523-7900 | D | 3:00 | .00 |
| 41. | 7-11 | 442P | SNFRCNTRLDCA | 415 902-6363 | D | 22:00 | .00 |
| 42. | 7-11 | 641P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 43. | 7-11 | 820P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 44. | 7-12 | 202P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 45. | 7-12 | 536P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 46. | 7-12 | 609P | STATEN IS NY | 716 816-4436 | D | 76:00 | .00 |
| 47. | 7-13 | 256P | SNFRCNTRLDCA | 415 902-6363 | D | 10:00 | .00 |
| 48. | 7-13 | 412P | SNFRCNTRLDCA | 415 902-6363 | D | 2:00 | .00 |
| 49. | 7-14 | 526P | SNFRCNTRLDCA | 415 902-6363 | D | 5:00 | .00 |
| 50. | 7-15 | 1105A | SNFRCNTRLDCA | 415 902-6363 | D | 2:00 | .00 |
| 51. | 7-15 | 1221P | SNFRCNTRLDCA | 415 902-6363 | D | 3:00 | .00 |
| 52. | 7-15 | 1230P | SNFRCNTRLDCA | 415 902-6363 | D | 12:00 | .00 |
| 53. | 7-16 | 159P | SNFRCNTRLDCA | 415 902-6363 | D | 1:00 | .00 |
| 54. | 7-16 | 215P | TUCSON    AZ | 520 256-0104 | D | 32:00 | 1.05 BF |
| 55. | 7-16 | 247P | SNFRCNTRLDCA | 415 902-6363 | D | 9:00 | .45 |
| 56. | 7-18 | 128P | SNFRCNTRLDCA | 415 902-6363 | D | 3:00 | .15 |
| 57. | 7-18 | 624P | SNFRCNTRLDCA | 415 902-6363 | D | 10:00 | .50 |
| 58. | 7-19 | 1231P | SNFRCNTRLDCA | 415 902-6363 | D | 4:00 | .20 |
| 59. | 7-19 | 711P | SNFRCNTRLDCA | 415 902-6363 | D | 2:00 | .10 |
| 60. | 7-20 | 226P | QUEENS    NY | 718 445-8273 | D | 61:00 | 4.27 |
| 61. | 7-20 | 327P | SNFRCNTRLDCA | 415 902-6363 | D | 11:00 | .55 |



© 2003 SBC Knowledge Ventures, L.P. All rights reserved.  SBC and the SBC logo are
registered trademarks of SBC Knowledge Ventures, L.P.
3252.034.346628.01.03.0000000 NNNYNNNY        21557.737

11 OF 15



## SBC Long Distance

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 7-20 | 340P | SACRAMENTO CA | 916-263-5241 | D | 1:00 | .07 |
| 2. | 7-20 | 347P | SACRAMENTO CA | 916-263-5245 | D | 1:00 | .07 |
| 3. | 7-20 | 310P | SACRAMENTO CA | 916-263-5245 | D | 1:00 | .07 |
| 4. | 7-20 | 414P | SNFRCNTRL DCA | 415 902-6363 | D | 1:00 | .05 |
| 5. | 7-24 | 215P | TUCSON AZ | 520 258-0104 | D | 20:00 | 1.40 |

BP = Call continued beyond plan minutes

Subtotal Domestic Calls for 707-996-2887    9.48

Total Domestic Calls for 707-996-2887    9.48

Total Calls for 707-996-2887    9.48

Total Call Charges    9.48

**Taxes and Surcharges**

**Government Fees and Taxes**

| Description | |
|---|---|
| 6. Fed Excise Tax | .72 |
| 7. CA 911 Tax | .06 |
| 8. CA High Cost Fund A | .01 |
| 9. CA High Cost Fund B | .26 |
| 10. CA Relay Service & Comm. Devices Fund | .03 |
| 11. CA Teleconnect Fund | .01 |
| 12. CA Universal Lifeline Tel. Service Fund | .16 |
| Total Government Fees and Taxes | 1.25 |

**Surcharges**

| Description | |
|---|---|
| 13. Fed Universal Service Fund | 1.33 |
| 14. Regulatory Surcharges | .04 |
| 15. CA State Regulatory Fee | .01 |
| Total Surcharges | 1.38 |

Total Taxes and Surcharges    2.63

**Key to Calling Codes**
D Day

Total SBC Long Distance    Current Charges    25.11

## News You Can Use

### AVOID DISCONNECTION
All charges must be paid each month to keep your account current. However, "basic service" and its applicable taxes and surcharges MUST be paid to avoid disconnection. Currently, for this account that amount is $9.82. Failure to pay non-basic charges may result in other collection activities, including restriction of toll calls. If service is disconnected, a reconnection fee and all outstanding charges will be due prior to reconnection. A security deposit may be required.

### CARRIER INFORMATION
Our records indicate that you have selected SBC Long Distance or a company that resells their services as your primary local toll carrier and SBC Long Distance or a company that resells their services as your primary long distance carrier. Please contact us if this does not agree with your records

### ORDER SBC YAHOO! DSL
Order SBC Yahoo! DSL Express for $14.95 per month, when ordered online or with qualifying services. Other monthly charge apply, including a Federal Universal Service Fund cost recovery fee. Offer valid only for residential customers. For offer details, call 1-866-SBC-YAHOO (1-866-722-9246) or order online at www.sbc.com/1495.

12 OF 15



Page 1 of 4
Account Number 707 996-8887 214 8
Billing Date Dec 8, 2005

Web Site **www.sbc.com**

# Monthly Statement

*# 1292*
*Dec. 21-05*
*$ 85.41*

130 F 15

## Bill-At-A-Glance

| | |
|---|---|
| Previous Bill | 17.60 |
| Payment Received 12-05  Thank you! | 17.60CR |
| Adjustments | .00 |
| Balance | .00 |
| Current Charges | 85.41 |
| **Total Amount Due** | **$85.41** |

Amount Due in Full by    Jan 8, 2006

## Billing Summary

Questions? Call:

| | |
|---|---|
| **Plans and Services** | 29.65 |
| 1 800 310-2355 | |
| **SBC Long Distance** | 55.76 |
| 1 800 280-1996 | |
| **Total Current Charges** | 85.41 |

*EVERY MONTH*
*$6 50 FOR SERVICES*
*$ 30 00 FOR PLAN*
*PLUS TAX*

*17 14*
*4 50*
*2 04*
*23.68*
*MNTHLY SVCS*
*+ 5.97*
*29.65*

## News You Can Use Summary

- PREVENT DISCONNECT
- WE'RE THE NEW AT&T
- CARRIER INFORMATION
- SPECIAL NEEDS

See "News You Can Use" for additional information

## Plans and Services

*PAID $ 30 00 TO THE*

Monthly Service - Dec 8 thru Jan 7
1. Residence Flat Rate Service
2. Caller ID
3. Caller ID Selective Blocking
4. Your Listing Is Not Published
5. 900/976 Blocking
**Total Monthly Service**

*$30 MTH*
*$1 / DAY $14 FOR 14 DAYS*

**Local Toll**
Item

| No. | Date | Time | Place Called | Number | Code | Min | |
|---|---|---|---|---|---|---|---|
| **Itemized Calls** | | | | | | | |
| 6. | 11-17 | 816A | NATL411SVC | 707 411-0000 | D | 1 | 1 |
| 7. | 11-20 | 849A | NATL411SVC | 707 411-0000 | N | 1 | 1 |
| 8. | 11-30 | 104P | NATL411SVC | 707 411-0000 | D | 1 | 1 |

**Total Itemized Calls**

**Key to Calling Codes**
D  Day                N  Night/Weekend

**Total Local Toll**

**Surcharges and Other Fees**
9. Federal Subscriber Line Charge
10. Rate Surcharge
11. State Regulatory Fee
12. Federal Universal Service Fee
**Total Surcharges and Other Fees**

**Government Fees and Taxes**
13. CA High Cost Fund Surcharge - A
14. CA High Cost Fund Surcharge - B
15. California Teleconnect Fund Surcharge
16. Universal Lifeline Telephone Service Surcharge
17. CA Relay Service and Communications Devices Fund
18. 9-1-1 Emergency System
19. Federal
**Total Government Fees and Taxes**

**Total Plans and Services**

## SBC Long Distance

**Important Information**
Message Regarding Terms & Conditions
To view your Terms & Conditions for SBC Long

Local Services provided by SBC California or SBC Nevada based upon the service address location.

U.S. Pat. D410, 950 and D414, 510





## SBC Long Distance

**Important Information - Continued**

Distance, access www.sbc.com/public_affairs
or call 1-888-225-8530 to have a copy mailed.

**International Rate Increase:**
Effective 1/22/2006 basic, non-plan direct-dialed
and calling card per minute rates from the U.S. to
international destinations will increase. Visit
www.sbc.com/internationalrate for these rates as
of the effective date. For a recording of direct-
dialed per minute rates by country you may call:
1-877-722-4876. For calling card rates, please
call 1-888-472-1935. Thank you for choosing
SBC Long Distance.

**Account Summary**
**Description**
Charges for November                      55.76
Total Account Summary Charges             55.76

**Invoice Summary**
(as of November 26, 2005)

Current Charges
Service Charges                           45.30
Credits and Adjustments                     .00
Call Charges                               4.98
Surcharges and Other Fees                  2.43
Government Fees and Taxes                  3.05
Total Invoice Summary                     55.76

**Service Charges**

Monthly Service Charges

| | Type of Service | Period | Qty | |
|---|---|---|---|---|
| 1. | Nat Conn II (Prorated) | OCT 29 to NOV 24 | 1 | 27.00 |
| 2. | Nat Conn II | NOV 25 to DEC 24 | 1 | 30.00 |
| 3. | Value Plus 500 (Adjusted) | OCT 29 to NOV 24 | 1 | 11.70CR. |
| | Total Monthly Service Charges | | | 45.30 |

Total Service Charges                     45.30

*$1760*
*should*
*be*
*credit*

**Credits and Adjustments**

Total Credits and Adjustments               .00

**Call Charges - Oct 25th thru Nov 24th**
Calls for 707-998-6887

**Domestic**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 4. | 10-07 | 101P | SNFRCNTRLDCA | 415 902-6363 | DZ | 21:00 | .00 |
| 5. | 10-08 | 1050A | WASHINGTONDO | 202 707-0703 | DZ | 1:00 | .00 |

**Domestic - Continued**

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 6. | 10-08 | 1051A | WASHINGTONDO | 202 307-0703 | DZ | 1:00 | .00 |
| 7. | 10-08 | 1052A | WASHINGTONDO | 202 514-2000 | DZ | 1:00 | .00 |
| 8. | 10-08 | 1053A | WASHINGTONDO | 202 514-2000 | DZ | 2:00 | .00 |
| 9. | 10-08 | 1055A | WASHINGTONDO | 202 514-2000 | DZ | 2:00 | .00 |
| 10. | 10-10 | 259P | SNFRCNTRLDCA | 415 902-6363 | DZ | 3:00 | .00 |
| 11. | 10-10 | 303P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 12. | 10-10 | 317P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 13. | 10-10 | 957A | WASHINGTONDO | 202 307-0703 | DZ | 2:00 | .00 |
| 14. | 10-11 | 124P | TACOMA WA | 253 752-7850 | DZ | 1:00 | .00 |
| 15. | 10-11 | 125P | SCOTTSDALEAZ | 480 221-2547 | DZ | 1:00 | .00 |
| 16. | 10-11 | 248P | SACRAMENTOCA | 916 444-3784 | DZ | 1:00 | .00 |
| 17. | 10-11 | 254P | PHOENIX AZ | 602 257-1212 | DZ | 3:00 | .00 |
| 18. | 10-11 | 257P | PHOENIX AZ | 602 685-6397 | DZ | 3:00 | .00 |
| 19. | 10-11 | 300P | NO PHOENIXAZ | 602 264-1000 | DZ | 2:00 | .00 |
| 20. | 10-11 | 302P | SACRAMENTOCA | 916 441-1050 | DZ | 1:00 | .00 |
| 21. | 10-11 | 303P | SACRAMENTOCA | 916 444-7316 | DZ | 3:00 | .00 |
| 22. | 10-11 | 310P | SALT LAKE UT | 801 075-4401 | DZ | 3:00 | .00 |
| 23. | 10-11 | 313P | SALT LAKE UT | 801 575-5500 | DZ | 3:00 | .00 |
| 24. | 10-11 | 317P | SALT LAKE UT | 801 073-3000 | DZ | 4:00 | .00 |
| 25. | 10-11 | 321P | SALT LAKE UT | 801 575-5500 | DZ | 1:00 | .00 |
| 26. | 10-21 | 1147A | SNFRCNTRLDCA | 415 902-6363 | DZ | 4:00 | .00 |
| 27. | 10-21 | 1205P | SNFRCNTRLDCA | 415 902-6363 | DZ | 5:00 | .00 |
| 28. | 10-22 | 124P | SNFRCNTRLDCA | 415 902-6363 | DZ | 7:00 | .00 |
| 29. | 10-22 | 720P | SNFRCNTRLDCA | 415 902-6363 | DZ | 3:00 | .00 |
| 30. | 10-24 | 348P | SNFRCNTRLDCA | 415 902-6363 | DZ | 10:00 | .00 |
| 31. | 10-25 | 251P | SANTA ROSACA | 707 565-7100 | DZ | 3:00 | .00 |
| 32. | 10-26 | 255P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 33. | 10-26 | 358P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 34. | 10-26 | 620P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 35. | 10-26 | 810P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 36. | 10-26 | 909P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 37. | 10-27 | 927A | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 38. | 10-27 | 236P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 39. | 10-27 | 238P | QUEENS NY | 718 445-8273 | DZ | 53:00 | .00 |
| 40. | 10-27 | 519P | SNFRCNTRLDCA | 415 269-3130 | DZ | 72:00 | .00 |
| 41. | 10-27 | 1115P | SNFRCNTRLDCA | 415 269-3130 | DZ | 1:00 | .00 |
| 42. | 10-28 | 1113A | SNFRCNTRLDCA | 415 902-6383 | DZ | 1:00 | .00 |
| 43. | 10-28 | 1119A | SNFRCNTRLDCA | 415 902-6363 | DZ | 6:00 | .00 |
| 44. | 10-28 | 1129A | NOVATO CA | 415 899-1337 | DZ | 7:00 | .00 |
| 45. | 10-28 | 1231P | SACRAMENTOCA | 916 481-9110 | DZ | 1:00 | .00 |
| 46. | 10-28 | 1232P | SACRAMENTOCA | 916 481-8110 | DZ | 3:00 | .00 |
| 47. | 10-28 | 1235P | SACRAMENTOCA | 916 481-9110 | DZ | 2:00 | .00 |
| 48. | 10-28 | 240P | WASHINGTONDO | 202 456-1414 | DZ | 3:00 | .00 |
| 49. | 10-28 | 441P | SNFRCNTRLDCA | 415 269-3130 | DZ | 1:00 | .00 |
| 50. | 10-28 | 625P | SNFRCNTRLDCA | 415 902-6363 | DZ | 6:00 | .00 |
| 51. | 10-28 | 1030P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 52. | 10-29 | 423P | SNFRCNTRLDCA | 415 902-6363 | DZ | 25:00 | .00 |
| 53. | 10-29 | 454P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 54. | 10-30 | 111P | QUEENS NY | 718 445-8273 | DZ | 3:00 | .00 |
| 55. | 10-30 | 116P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 56. | 10-30 | 829P | SNFRCNTRLDCA | 415 902-6363 | DZ | 18:00 | .00 |

*14 of 15*

© 2003 SBC Knowledge Ventures, L.P. All rights reserved. SBC and the SBC logo are
registered trademarks of SBC Knowledge Ventures, L.P.





Page 3 of 4

Account Number 707-996-6887-214 8
Billing Date Dec 8, 2005



## SBC Long Distance

### Domestic - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 1. | 10-31 | 938A | SANTA ROSACA | 707 565-5200 | DZ | 4:00 | .00 |
| 2. | 10-31 | 942A | SANTA ROSACA | 707 565-5333 | DZ | 1:00 | .00 |
| 3. | 10-31 | 942A | SANTA ROSACA | 707 565-5200 | DZ | 5:00 | .00 |
| 4. | 10-31 | 957A | SANTA ROSACA | 707 565-5200 | DZ | 13:00 | .00 |
| 5. | 10-31 | 1010A | SANTA ROSACA | 707 565-2715 | DZ | 6:00 | .00 |
| 6. | 10-31 | 1016A | SANTA ROSACA | 707 565-5200 | DZ | 13:00 | .00 |
| 7. | 11-10 | 523P | SNFRCNTRLDCA | 415 902-6363 | DZ | 4:00 | .00 |
| 8. | 11-12 | 545P | SNFRCNTRLDCA | 415 902-6363 | DZ | 3:00 | .00 |
| 9. | 11-13 | 1156A | SNFRCNTRLDCA | 415 902-6363 | DZ | 4:00 | .00 |
| 10. | 11-13 | 237P | QUEENS NY | 718 729-2664 | DZ | 24:00 | .00 |
| 11. | 11-14 | 129P | QUEENS NY | 718 445-8273 | DZ | 1:00 | .00 |
| 12. | 11-14 | 130P | QUEENS NY | 718 445-8273 | DZ | 58:00 | .00 |
| 13. | 11-14 | 324P | NTAHOTHCDACA | 530 563-7426 | DZ | 4:00 | .00 |
| 14. | 11-14 | 729P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 15. | 11-14 | 938A | WASHINGTONDC | 202 224-3841 | DZ | 1:00 | .00 |
| 16. | 11-15 | 937A | SNFRCNTRLDCA | 415 393-0707 | DZ | 8:00 | .00 |
| 17. | 11-15 | 941A | WASHINGTONDC | 202 224-4041 | DZ | 4:00 | .00 |
| 18. | 11-15 | 947A | PHOENIX AZ | 602 840-1891 | DZ | 5:00 | .00 |
| 19. | 11-15 | 950A | WASHINGTONDC | 202 333-1635 | DZ | 1:00 | .00 |
| 20. | 11-15 | 1004A | WASHINGTONDC | 202 514-2000 | DZ | 6:00 | .00 |
| 21. | 11-15 | 1038A | SNFRCNTRLDCA | 415 553-7400 | DZ | 3:00 | .00 |
| 22. | 11-16 | 1228P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 23. | 11-16 | 421P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 24. | 11-16 | 727P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 25. | 11-17 | 608A | WASHINGTONDC | 202 224-8000 | DZ | 2:00 | .00 |
| 26. | 11-17 | 807A | WASHINGTONDC | 202 225-7800 | DZ | 2:00 | .00 |
| 27. | 11-17 | 809A | WASHINGTONDC | 202 282-8000 | DZ | 2:00 | .00 |
| 28. | 11-17 | 205P | SNFRCNTRLDCA | 415 902-6363 | DZ | 22:00 | .00 |
| 29. | 11-17 | 358P | NOVATO CA | 415 892-3766 | DZ | 1:00 | .00 |
| 30. | 11-17 | 810P | NOVATO CA | 415 892-3766 | DZ | 2:00 | .00 |
| 31. | 11-18 | 1219P | SNFRCNTRLDCA | 415 902-6363 | DZ | 1:00 | .00 |
| 32. | 11-18 | 1254P | SNFRCNTRLDCA | 415 902-6363 | DZ | 22:00 | .00 |
| 33. | 11-19 | 142P | SNFRCNTRLDCA | 415 902-6363 | DZ | 10:00 | .00 |
| 34. | 11-19 | 605P | TUCSON AZ | 520 256-0104 | DZ | 14:00 | .00 |
| 35. | 11-21 | 509P | SNFRCNTRLDCA | 415 902-6363 | DZ | 5:00 | .00 |
| 36. | 11-22 | 256P | AGUA FRIA AZ | 623 544-4334 | DZ | 39:00 | .00 |
| 37. | 11-23 | 1226P | WASHINGTONDC | 202 224-6791 | DZ | 1:00 | .00 |
| 38. | 11-23 | 1227P | WASHINGTONDC | 202 224-5225 | DZ | 1:00 | .00 |
| 39. | 11-24 | 202P | NCLEAN VA | 703 748-0823 | DZ | 1:00 | .00 |
| 40. | 11-24 | 308P | QUEENS NY | 718 729-2664 | DZ | 27:00 | .00 |
| 41. | 11-24 | 339P | NCLEAN VA | 703 482-0823 | DZ | 2:00 | .00 |
| 42. | 11-24 | 750P | NCAPECORALFL | 239 458-4454 | DZ | 1:00 | .00 |
| 43. | 11-24 | 854P | TUCSON AZ | 520 256-0104 | DZ | 4:00 | .00 |

Subtotal Domestic Calls for 707-996-6887 .00

Total Domestic Calls for 707-996-6887 .00

### Operator Assisted

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 44. | 10-14 | 1119A | DIR ASST KY | 859 555-1212 | DZ | | 2.49 |

### Operator Assisted - Continued

| Item No. | Date | Time | Place Called | Number | Code | Min | Amount |
|---|---|---|---|---|---|---|---|
| 45. | 10-14 | 1121A | DIR ASST KY | 859 555-1212 | DZ | | 2.49 |

Subtotal Operator Assisted Calls for 707-996-6887 4.98

Total Operator Assisted Calls for 707-996-6887 4.98

Total Calls for 707-996-6887 4.98

Total Call Charges 4.98

### Surcharges and Other Fees

| Description | Amount |
|---|---|
| 46. Fed Universal Service Fund | 2.22 |
| 47. Regulatory Surcharges | .18 |
| 48. CA State Regulatory Fee | .03 |
| Total Surcharges and Other Fees | 2.43 |

### Government Fees and Taxes

| Description | Amount |
|---|---|
| 49. Fed Excise Tax | 1.62 |
| 50. CA 911 Tax | .18 |
| 51. CA High Cost Fund A | .04 |
| 52. CA High Cost Fund B | .66 |
| 53. CA Relay Service & Comm. Devices Fund | .06 |
| 54. CA Teleconnect Fund | .05 |
| 55. CA Universal Lifeline Tel. Service Fund | .42 |
| Total Government Fees and Taxes | 3.05 |

### Key to Calling Codes
D Day                Z Other

Domestic Calling Card and IMTC Rate Change:
Effective 2/12/2006, SBC Long Distance Calling
Card - Option 1, Intrastate and Interstate per
minute usage rate will increase from $.75 to
$1.15. For questions, you may call 1-800-310-2355.

International Mobile Termination Charge (IMTC)
rates to some countries will change as of
2/12/2006. Visit www.sbc.com/imtc for IMTC rates
as of the effective date. For a recording (in
English or en Espanol) of the new rates by
country, please call 1-888-472-1935.
Thank you for choosing SBC Long Distance.

Total SBC Long Distance 55.76





11/8/20

Dear US Atty Gen Barr;

I am visiting Washington DC since Nov 5 2020 and staying until Nov 11 2020. I am ProSe trying to get case information I filed in the Supreme Court. I was followed here from Northern District of California Santa Rosa CA. I know this to be true because I deal with their garbage while in the Middle. I do not know what to do about them. They are COP/S and their people with them, that make it difficult here in Washington DC in the Middle.

Your very valuable time is appreciated concerned this matter.

Thank you for any assistance received.

Richard Jennings

EXHIBIT C  1 of 5



DOJ WASHINGTON DC

I cannot continue if there isn't something done. There are big and loud cops, and a ring leader behind me in the Middle. These are more cops, than they are DOJ. Do you understand? I heard "Keep it on Him" said by at least 2 to 4 cops together loud and big behind me directed at me. Cops that are as guilty as they come. Along with that a lot of pictures are being sent, which I don't care for and think a distraction.

The information given out in the Middle includes things like color of my sunglasses, type of truck I drive, people I know etc. Where does this information come from? Who is the connection making it possible for my information to get out to others and then the Middle using it?? I have a "Fall Guy" as he is known by, that has been found out by me. He seems to be the one that needs to come clean or arrested since he has the ability to make what I say outloud heard by others.

At the moment again, they repeat things I say outloud into the Middle. The deal was that can not be, and they are only allowed to repeat things said in the middle. Also I must be able to think without it being heard in the Middle. Who is responsible for the change in rules all the time? Another very guilty person?

I am mentioning this because of my Privacy Invasion lawsuit that was filed by me multiple times in Federal court. It will all come to the surface soon and it's the DOJ that is staying in line and being abused at the moment. If you can assist in things getting and staying better in the Middle it would be a good thing to step up. Recognition is a good thing if youre helping but the recognition  I wish to give to those behind me will be done by my attorneys.

Here's to hoping it all matters in the end.

Richard Jennings

415-305-9041

2 of 5

Nov 8 2020

To Headquarters FBI

2 individuals in the Middle have decided to challenge my rights as a free and private citizen. One is a cop who can get loud and probably very big. He is so rotten he thinks it doesnt matter if he would get the death penalty for intruding on my rights and ignoring the FBI. The other is the type that works for a rotten cop and is the fall guy that makes my privacy invasion possible, allowing others access to my information. I do not want my information to be heard by those who are in, I have filed for privacy Invasion, although it was 10 years ago.

Yesterday was a day of change, and I am looking forward to enjoying it... there 445am it became too much on me. So I am continuing to push on through, reminding you that this is not to be allowed; on top behind me. The computer is Motive for the cops everywhere. They are not able to police themselves, in whatever state you decide this to be true. US Atty Gen Barr offers a way for it to be dealt with but I am worried about my active Investigation here and when I return to California. It does not end and will continue to effect others if you are too busy. I am fighting so that my situation can be resolved and a healing take place. The cops are not allowed to continue their game on me without me reporting them.

I realize today is Sunday and its more difficult to handle them . I will continue to listen and answer since I am still in the Middle.

When am I to be free of the Middle? When I return to Norther District of California there are outstanding issues to be dealt with. I start employment on Monday Nov 16 2020. I will see how I can live and still help. It is my home, I reside there.

Appreciate your help

Richard Jennings



Nov 15 2020

To Office of AG Becerra

I left a recorded message on the comment line. Good to know this is available. I think there are problems with the PIU. Things went out of control several times today and the only way it could effect me like it did is because there were DOJ involved. Overall I am not complaining about anyone on top and behind me today. There are DOJ/cops that are around and they do this. I hope they can be removed from the Middle. I was however left 'open' to experience harassment; "Prince of Piss" sent right through the middle a couple times. The game got bigger and more serious as the day progressed today. Tomorrow I am going to be trying to get information on my past cases presented in Federal court. If Im not allowed to do this and continually harassed I will report the situation.

Thank you

Richard Jennings

Dec 6 2020

To the I-Team

The cops will never give in so then people must make them give up. There is a fascist ideology that the cops have taken personal. The DOJ is affected by the cops, even the FBI. The motive for all these cops is the Computer. The Computer takes bribes, the cops make it possible. And the Middle, where I most always am is where its done.

There is a lure that has gotten worse over the years that the Computer is the answer to ambitions. This is the result of the cops pushing. It is how the backdoor got popular instead of application thru the front door.

And thats how a lot of cops do it. I think this is news. My answer is to take them to court. I am hoping to file by Wednesday 9 December 2020. I hope to see a favorable response. Sincerely, Richard Jennings

5 of 5